UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CR-00060-BO-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL LAMAR HILL | ORDER TO SEAL |

On motion of the defendant, Michael Lamar Hill, and for good cause shown, it is hereby ORDERED that **DE 179** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  3  day of November, 2025.

James C. Dever III
United States District Court Judge